Form B-1036 - (Rev. 02/10)　　　　　　　　　　　　　　　　　　　　　1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| Michael Wallin – State Bar # 240344<br>Wallin & Russell LLP<br>26000 Towne Centre Drive Suite 130, Foothill Ranch, CA 92610<br>Telephone: (949) 652-2202 Facsimile: (949) 652-2210<br>Email: mwallin@wallinrussell.com<br>Attorney for __Dana Kim Shelton__ | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DANA KIM SHELTON<br>Debtor. | CASE NO.: 8:17-bk-12887-SC<br>ADVERSARY NO.: |
|---|---|
| Plaintiff(s),<br>vs.<br>Defendant(s). | **WRIT OF EXECUTION** |

**TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On __January 30, 2020__, a judgment was entered in the above-entitled action in favor of

__Dana Kim Shelton__

as **Judgment Creditor**, and against

__Sharon Deon Sims, Daniel Keith Larson and Erin Ellen Larson__

as **Judgment Debtor**, for:

$ __57,321.58__ PRINCIPAL

$ __0.00__ ATTORNEYS FEES

$ __0.00__ INTEREST

$ __0.00__ COSTS

$ __57,321.58__ TOTAL JUDGMENT AS ENTERED

Form B-1036 - (Rev. 02/10)            **1998 USBC, Central District of California**

Page 2 of 3

| In re<br>DANA KIM SHELTON<br><br>Debtor(s). | CASE NO.: 8:17-bk-12887-SC<br>ADVERSARY PROCEEDING NO.: |
|---|---|

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Sharon Deon Sims
6670 El Pomar Drive
Templeton, CA 93465

Daniel Keith Larson
6670 El Pomar Drive
Templeton, CA 93465

Erin Ellen Larson
6670 El Pomar Drive
Templeton, CA 93465

| Form B-1036 - (Rev. 02/10) | Page 3 of 3 | 1998 USBC, Central District of California |
|---|---|---|
| In re  DANA KIM SHELTON  Debtor(s). | | CASE NO.: 8:17-bk-12887-SC  ADVERSARY PROCEEDING NO.: |

## NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ 4,067.56   ACCRUED INTEREST
$ 0.00   ACCRUED COSTS
$ 4,067.56   TOTAL

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 61,389.14   ACTUALLY DUE on the date of the issuance of this writ, of which

$ 57,321.58   is due on the judgement as entered, and bears interest at 1.55 % per annum in the amount of $ 2.43 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

DATED: SEP 20 2024

(SEAL)

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court

By: _____ KATHLEEN J. CAMPBELL
Deputy Clerk

1  CHRISTOPHER P. WALKER – State Bar # 174533
   LAW OFFICE OF CHRISTOPHER P. WALKER, P.C.
2  505 S. Villa Real Drive, Suite 103
   Anaheim Hills, CA 92807
3  Telephone: (714) 639-1990
   Facsimile: (714) 637-1636
4
   Attorneys' for Debtor Dana Kim Shelton
5

**FILED & ENTERED**

**JAN 30 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

CHANGES MADE BY COURT

# IN THE UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DANA KIM SHELTON,<br><br>Debtor. | Case No.: 8:17-bk-12887-SC<br><br>Chapter 7<br><br>**ORDER FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AGAINST (1) SHARON DEON SIMS, (2) DANIEL KEITH LARSON AND (3) ERIN ELLEN LARSON**<br><br>Hearing On Motion for Order to Show Cause<br>Date:    December 18, 2019<br>Time:    11:00 a.m.<br>Ctrm:    5C, 411 West Fourth Street, Santa Ana, CA 92701<br><br>Hearing On Order to Show Cause<br>Date:    January 22, 2020<br>Time:    11:00 a.m.<br>Ctrm:    5C, 411 West Fourth Street, Santa Ana, CA 92701 |

The hearing on the Order to Show Cause re Contempt came on for hearing on January 22, 2020, the Honorable Scott C. Clarkson presiding. Christopher P. Walker and Steven Giammichele appeared for the Debtor Dana Kim Shelton ("Debtor"). Sharon Deon Sims, Daniel Keith Larson and Erin Ellen Larson appeared for themselves, in pro per.

1
ORDER FOR CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION

The Court issued its Order to Show Cause re Contempt on December 23, 2019 [Dk. 197], directing (1) Sharon Deon Sims, (2) Daniel Keith Larson and (3) Erin Ellen Larson (the "Larson-Sims Parties"), to appear and show cause why they should not be held in Contempt of the Discharge Injunction[1] and sanctioned by an award to Debtor of compensatory damages, attorney's fees, and costs for violating the discharge injunction by the following conduct:

    a. The filing of a renewed Petition in Orange County Superior Court case NO. 30-2012-00539610-PR-TR-CJC ("State Court Action") seeking attorney's fees and costs in the State Court Action against Debtor;

    b. Arguing and conducting the hearing on July 3, 2019, seeking attorney's fees and costs in the State Court Action against Debtor;

    c. Setting a trial date and noticing the trial date for November 25, 2019, to collect attorney's fees and costs in the State Court Action against Debtor, and

    d. Conducting the Trial on November 25, 2019, seeking attorney's fees and costs in the State Court Action against Debtor.

The Court, after considering the Notice of Motion and Motion for an Order to Show Cause to Hold in Contempt for violation of the discharge injunction: (1) Sharon Deon Sims, (2) Daniel Keith Larson and (3) Erin Ellen Larson filed by Debtor on October 29, 2020 [Dk. 189], the Objection to Order to Show Cause filed by Sharon Deon Sims, Daniel Keith Larson, and Erin Ellen Larson on January 6, 2020 [Dk. 202], all of the documents and exhibits filed in this matter, the docket in this case, including hearing transcripts appearing on the Docket, as well as oral recordings of prior hearings, and all documents filed in this bankruptcy case, the State Court Action and documents

---

[1] The discharge injunction is authorized by section 524(a)(2) of the Bankruptcy Code. It provides that a bankruptcy discharge "operates as an injunction against... an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived...." 11 USC § 524.

filed in the State Court action, all offered testimony at the hearing, and other documents in the record as more specifically described during the hearing on this matter, and analyzing and reflecting carefully on the recent United States Supreme Court decision in *Taggart v. Lorenzen*, 2019 U.S. Lexis 3890 (June 3, 2019)[2], and good cause appearing,

**IT IS SO ORDERED:**

1. The Order to Show Cause is Granted for all of the reasons stated on the record by the Court. The oral record, including this Court's findings of facts and conclusions of law stated on the record, is extensive and is fully incorporated herein by reference.

2. Personal Jurisdiction has been conferred on the Larson-Sims Parties by virtue of filed proofs of claims (by Daniel Keith Larson and Erin Ellen Larson) and by Sharon Deon Sims with respect to her personal filing of various Motions, Responses, and Replies in this Court over the past two years, and specifically her filed Motion for Relief from the Automatic Stay (which was denied) on October 17, 2017, as dockets number 26 and 27. A further discussion of personal jurisdiction as it pertains to civil contempt motions may be found at *In re Debilio*, BAP No. CC-14-1226 and CC-14-1299, United States Bankruptcy Appellate Panel of the Ninth Circuit, filed February 27, 2015.

---

[2] In a 9–0 decision authored by Justice Breyer, the Supreme Court of the United States considers "the legal standard for holding a creditor in civil contempt when the creditor attempts to collect a debt in violation of a bankruptcy discharge order" and holds that contempt sanctions may be appropriate "when there is no objectively reasonable basis for concluding that the creditor's conduct might be lawful under the discharge order." *Taggart v. Lorenzen*, 2019 U.S. LEXIS 3890, at *9-10 (June 3, 2019).

The *Taggart* decision aligns the contempt standard in the bankruptcy discharge context with the "no fair ground of doubt" standard historically used in the context of non-bankruptcy injunctions. In doing so, the decision provides greater certainty for debtors and creditors regarding the applicable legal rules and strikes a balance between protecting a debtor's discharge and not creating excessive risk of liability for creditors. The decision reflects a broad sense of judicial pragmatism and a desire to better calibrate bankruptcy and non-bankruptcy law when possible.

3. Sharon Deon Sims, Daniel Keith Larson, and Erin Ellen Larson, jointly and severally, are held in civil contempt for violation of the discharge injunction.

4. Sharon Deon Sims, Daniel Keith Larson, and Erin Ellen Larson are ordered to pay compensatory damages, jointly and severally, for attorneys' fees and costs to Debtor Dana Kim Shelton as follows: $15,164.54 for attorneys' fees and costs incurred in the State Court Action and this Bankruptcy proceeding prior to October 29, 2019; $900 for attorneys' fees for attorney Christopher Walker's work after October 29, 2019; $25,000 for attorneys' fees for Steven Giammichele's work after October 29, 2019; $15,000 for attorneys' fees for additional anticipated work by Steven Giammichele in the State Court Action; costs of $495 for a filing fee; $247.04 for costs prior to October 29, 2019; and $515.00 for a transcript fee, totaling **$57,321.58 in sanctions.**

5. Debtor received her discharge on November 6, 2017, [Dk. 35] which relates back to the Petition Date of July 20, 2017.

6. The Discharge applies to all claims against her, including any and all obligations to the Larson-Sims Parties.

///
///

7. Any further activities of prosecution or collection attempts of pre-petition claims against Debtor by the Larson-Sims Parties are and will be considered a continuation of, or renewed, violation of the Discharge Injunction under 11 U.S.C. § 524. The California Superior Court for the County of Orange, and all other state courts through which the Larson-Sims Parties have petitioned, or shall in the future petition, are so informed.

**IT IS SO ORDERED.**

###

Date: January 30, 2020

Scott C. Clarkson
United States Bankruptcy Judge

5
ORDER FOR CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) ORDER FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AGAINST (1) SHARON DEON SIMS, (2) DANIEL KEITH LARSON AND (3) ERIN ELLEN LARSON entered on or about January 30, 2020, and will be served in the manner indicated below:

SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Sharon Deon Sims
P.O. Box 3316
Idyllwild, CA 92549

Sharon Deon Sims
6670 El. Pomar Drive
Templeton, CA 93465

Daniel Keith Larson
Erin Ellen Larson
6670 El Pomar Drive
Templeton, CA 93465