| ☒ Recording requested by a return to:<br>Michael Wallin – State Bar # 240344<br>Wallin & Russell LLP<br>26000 Towne Centre Drive Suite 130<br>Foothill Ranch, CA 92610<br>Telephone: (949) 652-2202<br>Facsimile: (949) 652-2210<br>Email: mwallin@wallinrussell.com | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>DANA KIM SHELTON<br>                                              Debtor | CASE NUMBER    8:17-bk-12887-SC<br>ADVERSARY NUMBER |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address
      Sharon Deon Sims
      6670 El Pomar Drive
      Templeton, California 93465
      
      ☐ Address Unknown

   b. Driver's License No. _____ ☒ Unknown

   c. Social Security No. xxx-xx-1794 ☐ Unknown

2. The Summons was personally served at, or mail to (address):
   Not Applicable - Award of Sanctions

3. ☒ Information regarding additional judgment debtors is shown on reverse side.

Dated:    8/29/2024                                     /s/ Mwallin
                                                        (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re (SHORT TITLE)<br>DANA KIM SHELTON                                    Debtor(s). | CHAPTER    7<br>ADVERSARY NO.: _____ |
|---|---|

4.  I certify that in the above-entitled action and Court, Judgment was entered on __January 30, 2020__,

    in favor of __Dana Kim Shelton__ and against __Sharon Deon Sims, Daniel Keith Larson and Erin Ellen Larson__

    for     $ __57,321.58__ ✓          Principal,

            $ __0.00__                  Interest,

            $ __0.00__                  Attorney's Fees, and

            $ __0.00__                  Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __20th__ day of __September 2024__

(SEAL)

KATHLEEN J. CAMPBELL         KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
        Deputy Clerk

Information regarding additional judgment debtors:

Daniel Keith Larson, Address: 6670 El Pomar Drive, Templeton, California 93465

Erin Ellen Larson, Address: 6670 El Pomar Drive, Templeton, California 93465

*Revised February 2010*

1  CHRISTOPHER P. WALKER – State Bar # 174533
   LAW OFFICE OF CHRISTOPHER P. WALKER, P.C.
2  505 S. Villa Real Drive, Suite 103
   Anaheim Hills, CA 92807
3  Telephone: (714) 639-1990
   Facsimile: (714) 637-1636
4
   Attorneys' for Debtor Dana Kim Shelton
5

**FILED & ENTERED**

**JAN 30 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

CHANGES MADE BY COURT

# IN THE UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DANA KIM SHELTON,<br><br>Debtor. | Case No.: 8:17-bk-12887-SC<br><br>Chapter 7<br><br>**ORDER FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AGAINST (1) SHARON DEON SIMS, (2) DANIEL KEITH LARSON AND (3) ERIN ELLEN LARSON**<br><br>Hearing On Motion for Order to Show Cause<br>Date:    December 18, 2019<br>Time:    11:00 a.m.<br>Ctrm:    5C, 411 West Fourth Street, Santa Ana, CA 92701<br><br>Hearing On Order to Show Cause<br>Date:    January 22, 2020<br>Time:    11:00 a.m.<br>Ctrm:    5C, 411 West Fourth Street, Santa Ana, CA 92701 |

The hearing on the Order to Show Cause re Contempt came on for hearing on January 22, 2020, the Honorable Scott C. Clarkson presiding. Christopher P. Walker and Steven Giammichele appeared for the Debtor Dana Kim Shelton ("Debtor"). Sharon Deon Sims, Daniel Keith Larson and Erin Ellen Larson appeared for themselves, in pro per.

1
ORDER FOR CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION

The Court issued its Order to Show Cause re Contempt on December 23, 2019 [Dk. 197], directing (1) Sharon Deon Sims, (2) Daniel Keith Larson and (3) Erin Ellen Larson (the "Larson-Sims Parties"), to appear and show cause why they should not be held in Contempt of the Discharge Injunction[1] and sanctioned by an award to Debtor of compensatory damages, attorney's fees, and costs for violating the discharge injunction by the following conduct:

   a. The filing of a renewed Petition in Orange County Superior Court case NO. 30-2012-00539610-PR-TR-CJC ("State Court Action") seeking attorney's fees and costs in the State Court Action against Debtor;

   b. Arguing and conducting the hearing on July 3, 2019, seeking attorney's fees and costs in the State Court Action against Debtor;

   c. Setting a trial date and noticing the trial date for November 25, 2019, to collect attorney's fees and costs in the State Court Action against Debtor, and

   d. Conducting the Trial on November 25, 2019, seeking attorney's fees and costs in the State Court Action against Debtor.

The Court, after considering the Notice of Motion and Motion for an Order to Show Cause to Hold in Contempt for violation of the discharge injunction: (1) Sharon Deon Sims, (2) Daniel Keith Larson and (3) Erin Ellen Larson filed by Debtor on October 29, 2020 [Dk. 189], the Objection to Order to Show Cause filed by Sharon Deon Sims, Daniel Keith Larson, and Erin Ellen Larson on January 6, 2020 [Dk. 202], all of the documents and exhibits filed in this matter, the docket in this case, including hearing transcripts appearing on the Docket, as well as oral recordings of prior hearings, and all documents filed in this bankruptcy case, the State Court Action and documents

---

[1] The discharge injunction is authorized by section 524(a)(2) of the Bankruptcy Code. It provides that a bankruptcy discharge "operates as an injunction against... an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived...." 11 USC § 524.

filed in the State Court action, all offered testimony at the hearing, and other documents in the record as more specifically described during the hearing on this matter, and analyzing and reflecting carefully on the recent United States Supreme Court decision in *Taggart v. Lorenzen*, 2019 U.S. Lexis 3890 (June 3, 2019)[2], and good cause appearing,

**IT IS SO ORDERED:**

1. The Order to Show Cause is Granted for all of the reasons stated on the record by the Court. The oral record, including this Court's findings of facts and conclusions of law stated on the record, is extensive and is fully incorporated herein by reference.

2. Personal Jurisdiction has been conferred on the Larson-Sims Parties by virtue of filed proofs of claims (by Daniel Keith Larson and Erin Ellen Larson) and by Sharon Deon Sims with respect to her personal filing of various Motions, Responses, and Replies in this Court over the past two years, and specifically her filed Motion for Relief from the Automatic Stay (which was denied) on October 17, 2017, as dockets number 26 and 27. A further discussion of personal jurisdiction as it pertains to civil contempt motions may be found at *In re Debilio*, BAP No. CC-14-1226 and CC-14-1299, United States Bankruptcy Appellate Panel of the Ninth Circuit, filed February 27, 2015.

---

[2] In a 9–0 decision authored by Justice Breyer, the Supreme Court of the United States considers "the legal standard for holding a creditor in civil contempt when the creditor attempts to collect a debt in violation of a bankruptcy discharge order" and holds that contempt sanctions may be appropriate "when there is no objectively reasonable basis for concluding that the creditor's conduct might be lawful under the discharge order." *Taggart v. Lorenzen*, 2019 U.S. LEXIS 3890, at *9-10 (June 3, 2019).

The *Taggart* decision aligns the contempt standard in the bankruptcy discharge context with the "no fair ground of doubt" standard historically used in the context of non-bankruptcy injunctions. In doing so, the decision provides greater certainty for debtors and creditors regarding the applicable legal rules and strikes a balance between protecting a debtor's discharge and not creating excessive risk of liability for creditors. The decision reflects a broad sense of judicial pragmatism and a desire to better calibrate bankruptcy and non-bankruptcy law when possible.

3. Sharon Deon Sims, Daniel Keith Larson, and Erin Ellen Larson, jointly and severally, are held in civil contempt for violation of the discharge injunction.
4. Sharon Deon Sims, Daniel Keith Larson, and Erin Ellen Larson are ordered to pay compensatory damages, jointly and severally, for attorneys' fees and costs to Debtor Dana Kim Shelton as follows: $15,164.54 for attorneys' fees and costs incurred in the State Court Action and this Bankruptcy proceeding prior to October 29, 2019; $900 for attorneys' fees for attorney Christopher Walker's work after October 29, 2019; $25,000 for attorneys' fees for Steven Giammichele's work after October 29, 2019; $15,000 for attorneys' fees for additional anticipated work by Steven Giammichele in the State Court Action; costs of $495 for a filing fee; $247.04 for costs prior to October 29, 2019; and $515.00 for a transcript fee, totaling **$57,321.58 in sanctions.**
5. Debtor received her discharge on November 6, 2017, [Dk. 35] which relates back to the Petition Date of July 20, 2017.
6. The Discharge applies to all claims against her, including any and all obligations to the Larson-Sims Parties.

///
///

4
ORDER FOR CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION

7. Any further activities of prosecution or collection attempts of pre-petition claims against Debtor by the Larson-Sims Parties are and will be considered a continuation of, or renewed, violation of the Discharge Injunction under 11 U.S.C. § 524. The California Superior Court for the County of Orange, and all other state courts through which the Larson-Sims Parties have petitioned, or shall in the future petition, are so informed.

**IT IS SO ORDERED.**

### 

Date: January 30, 2020

Scott C. Clarkson
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) ORDER FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AGAINST (1) SHARON DEON SIMS, (2) DANIEL KEITH LARSON AND (3) ERIN ELLEN LARSON entered on or about January 30, 2020, and will be served in the manner indicated below:

SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Sharon Deon Sims
P.O. Box 3316
Idyllwild, CA 92549

Sharon Deon Sims
6670 El. Pomar Drive
Templeton, CA 93465

Daniel Keith Larson
Erin Ellen Larson
6670 El Pomar Drive
Templeton, CA 93465